IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PATRICIA MORGAN,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and THE UNITED STATES OF AMERICA,<br><br>    Defendants. | No.: 18 C 3379<br>Hon. Virginia Kendall |

## DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S MOTION TO JOIN DEFENDANT STATE FARM'S MOTION TO DISMISS PLAINTIFF'S CIVIL RIGHTS CONSPIRACY CLAIM

Pursuant to Federal Rule of Civil Procedure 12(e), Defendant NATIONAL RAILROAD PASSENGER CORPORATION ("Amtrak"), hereby moves to join Defendant State Farm's Motion to Dismiss Plaintiff Patricia Morgan's civil rights conspiracy claim submitted pursuant to 42 U.S.C. § 1983. In support, Amtrak states as follows:

1. On August 8, 2018, Defendant State Farm filed a Motion to Dismiss seeking the dismissal of Plaintiff Patricia Morgan's ("Plaintiff") reference to a conspiracy to deprive Plaintiff of her civil rights. Plaintiff has not alleged a civil rights conspiracy claim pursuant to 42 U.S.C. § 1983 ("§ 1983") in either Count I or Count II of her Amended Complaint. Plaintiff only references § 1983 in her jurisdictional allegations contained in Paragraph 2 of her Amended Complaint. (Compl. at ¶2). Despite the lack of a formally pled § 1983 count, Plaintiff alleges that a conspiracy existed between State Farm and Amtrak to deprive her of her ability to file a claim against Amtrak. (Compl. at ¶¶ 32-35).

2. As set forth in State Farm's Motion to Dismiss, Plaintiff's civil rights violation allegations cannot stand due to the clear mandate that "[§]1983 does not reach a conspiracy to deny a civil right in the absence of an actual denial of such a right." *Archer v. Chisholm*, 870 F.3d 603, 620 (7th Cir. 2017) (affirming motion to dismiss) (citing *Goldschmidt v. Patchett*, 686 F.2d 582, 585 (7th Cir. 1982)). In the instant case, Plaintiff has failed to plead that State Farm or Amtrak actually violated her constitutional rights. Therefore, without an underlying allegation of a violated constitutional right, any § 1983 conspiracy claim should be dismissed. *Ballard v. Watson*, No. 16 C 977, 2016 WL 3364801, at *6 (N.D. Ill. June 17, 2016).

3. Furthermore, Plaintiff's § 1983 allegations must be dismissed due to her failure to sufficiently plead a state action was involved between State Farm and Amtrak. A § 1983 violation occurs when the state or one of its agents violates a plaintiff's constitutional rights. *Cunningham v. Southlake Center for Mental Health, Inc.*, 924 F.2d 106, 107 (7th Cir. 1991). Plaintiff's Amended Complaint is completely devoid of any allegation of a state action or the necessary state involvement to trigger § 1983's constitutional protections. Absent the requisite state action, Plaintiff's allegations of a civil rights conspiracy pursuant to § 1983 must be dismissed.

WHEREFORE, Amtrak respectfully prays that this Court grant this Motion, permit Amtrak to join in State Farm's Motion to Dismiss, and dismiss Plaintiff's allegations in Paragraphs 32-37 of her Amended Complaint with prejudice.

NATIONAL RAILROAD PASSENGER CORPORATION

By: /s/ Christopher Heery
One of its attorneys

Susan K. Laing
Christopher Heery
Anderson, Rasor & Partners, LLP
100 South Wacker, Suite 1000
Chicago, Illinois 60606
(312) 673-7800
susan.laing@arandpartners.com
christopher.heery@arandpartners.com

## CERTIFICATE OF SERVICE

    I, the undersigned, a non-attorney, being first duly sworn on oath, deposes and states that she served the foregoing **DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S MOTION TO JOIN DEFENDANT STATE FARM'S MOTION TO DISMISS PLAINTIFF'S CIVIL RIGHTS CONSPIRACY CLAIM**, to all counsel of record below by electronically filing same using the CM/ECF system, which will send notification of such filing to all counsel of record on August 8, 2018.

**Kendall L. Anderson, Sr.** / kanderson@andersonlaw.us
Anderson Law Office
18505 Bellamy Road
Country Club Hills, IL 60478

**Jonathan B. Cifonelli** / jcifonelli@pjjlaw.com
Pugh, Jones & Johnson, P.C.
180 N. LaSalle St., Suite 3400
Chicago, IL 60601

**Zeke Katz** / zkatz@pjjlaw.com
Pugh, Jones & Johnson, P.C.
180 N. LaSalle St., Suite 3400
Chicago, IL 60601

                                                          _____
                                                          Rose Collins

SUBSCRIBED and SWORN TO
before me on this 8th day of August, 2018.

_____
Notary Public

OFFICIAL SEAL
PATRICIA A. GUNIA
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES
JUNE 1 2019

Susan K. Laing
Christopher C. Heery
ANDERSON, RASOR & PARTNERS, LLP
100 S. Wacker Drive
Suite 1000
Chicago, IL 60606
(312) 673-7800
Susan.Laing@ARandPartners.com
Christopher.Heery@ARandPartners.com